**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHAPTER 13 PLAN**
**AND RELATED MOTIONS**

Name of Debtor(s):   **Jeffrey L. Holliday**
                    **Sherry L. Holliday**                     Case No:  14-33243

This plan, dated  **June 26, 2014**  , is:

☒  the *first* Chapter 13 plan filed in this case.
☐  a modified Plan, which replaces the
    ☐confirmed or ☐unconfirmed Plan dated .

Date and Time of <u>Modified Plan</u> Confirming Hearing:

Place of <u>Modified Plan</u> Confirmation Hearing:

The Plan provisions modified by this filing are:

Creditors affected by this modification are:

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing. Objection due date: . Confirmation hearing is set for September 3, 2014 @ 11:10 a.m. at 701 E. Broad Street, Richmond VA 5th Floor Rm 5100. If no objections are timely filed, a confirmation hearing will NOT be held.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$303,463.24**
Total Non-Priority Unsecured Debt: **$14,071.89**
Total Priority Debt: **$0.00**
Total Secured Debt: **$165,565.00**

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$400.00 Monthly for 1 month, then $600.00 Monthly for 54 months**. Other payments to the Trustee are as follows:   **NONE**   . The total amount to be paid into the plan is $   **32,800.00**   .

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A. **Administrative Claims under 11 U.S.C. § 1326.**

    1. The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
    2. Debtor(s)' attorney will be paid $   **2,784.15**   balance due of the total fee of $   **3,000.00**   concurrently with or prior to the payments to remaining creditors.

    B. **Claims under 11 U.S.C. §507.**
    The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **Commonwealth of VA-Tax** | **Taxes and certain other debts** | 0.00 | 0 months |
| **Internal Revenue Service** | **Taxes and certain other debts** | 0.00 | 0 months |

3. **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A. **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| -NONE- | | | | |

    B. **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| **Fast Auto Loans** | **2000 Ford Contour** Debtor's junked vehicle in Dec. 2013, vehicle needed a new transmission | 0.00 | 900.00 |

    **C.**    **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| NONE | | | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

    **D.**    **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

    **E.**    **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

**4.**    **Unsecured Claims.**

    **A.**    **Not separately classified.**  Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims.  Estimated distribution is approximately **10** %.  The dividend percentage may vary depending on actual claims filed.  If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately **0** %.

    **B.**    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

5. **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

   A. **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| B.J.T & Son, LLC | Location: 9022 Farmington Drive, Henrico VA 23229 | 1,266.67 | *13,000.00 *See 11(5) | 0% | 46 months | |
| Henrico County Treasurer RE * Subject to change based on annual assessment | Location: 9022 Farmington Drive, Henrico VA 23229 | *$1,400/ Annually | 9,065.00 | 0% | 46 months | |
| Jackie Ellett | 1998 Toyota Sienna Mileage: | 100.00 | 0.00 | 0% | 0 months | |
| U S Dept Of Ed/Gsl/Atl | Educational - No Ch 13 payment | 0.00 | 0.00 | 0% | 0 months | |

   B. **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

   C. **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

6. **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

   A. **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| -NONE- | |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

B. **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

7. **Liens Which Debtor(s) Seek to Avoid.**

   A. **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | | Value of Collateral |
|---|---|---|---|---|
| Ent Surgeons of 2/11/93 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Gastrointestinal Spec. 5/31/02 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Greater Chesapeake 5/3/07 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Midland Funding 9/12/08 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Portfolio Recovery 1/23/06 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Radiology Associates 4/18/08 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Stephen C. Brown, DDS 4/22/97 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |
| Tuckahoe Orthopaedic 3/2/09 | Location: 9022 Farmington Drive, Henrico VA 23229 | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | $1.00<br>$1.00 | 165,000.00 |

   B. **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

8. **Treatment and Payment of Claims.**

   • All creditors must timely file a proof of claim to receive payment from the Trustee.
   • If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
   • If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
   • The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

9. **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.** **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.** **Other provisions of this plan:**

**(1)  Upon confirmation of this plan, priority creditors are granted relief from the automatic stay only to the extent necessary to offset any pre-petition tax refund due to the debtor against any pre-petition tax liability owed by the debtor.**
**(2)  Debtor's attorney's fees to be paid as a priority claim.**
**(3) The trustee can extend the plan up to 60 months to pay properly filed claims in this matter.**

**(4) The debtor will not MODIFY THE DEED, SELL, REFINANCE, OR MODIFY THE MORTGAGE  without an order from the court.**

**(5)  The debtors acknowledge that as of the date the petition was filed the actual mortgage arrearage owed to B.J.T & Son, LLC is $26,326.  However the creditor has agreed to modify the mortgage and allow the debtors to pay $13,000 of the arrearage in the Chapter 13 plan and permit the debtors to continue to make monthly mortgage payments on the $13,326  balance of the arrearage at the conclusion of their regular mortgage payments.  The Loan Modification will be prepared, signed and filed with the Court for approval in accordance with the Local Rules as soon as practical.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                                        Best Case Bankruptcy

**Signatures:**

Dated: __June 12, 2014__

| | |
|---|---|
| **/s/ Jeffrey L. Holliday** | **/s/ Pia J. North** |
| **Jeffrey L. Holliday** | **Pia J. North 29672** |
| **Debtor** | **Debtor's Attorney** |
| | |
| **/s/ Sherry L. Holliday** | |
| **Sherry L. Holliday** | |
| **Joint Debtor** | |

**Exhibits:**     **Copy of Debtor(s)' Budget (Schedules I and J);**
                **Matrix of Parties Served with Plan**

Certificate of Service

I certify that on __June 26, 2014__, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Pia J. North**
**Pia J. North 29672**
Signature

**5913 Harbour Park Drive**
**Midlothian, VA 23112**
Address

**(804) 739-3700**
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Jeffrey L. Holliday**
**Sherry L. Holliday**

Case No. __14-33243__

Debtor(s)

Chapter __13__

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Ent Surgeons of Richmond**
**Ent Surgeons of Richmond**
**720 Moorefield Park Dr; #101**
**Richmond, VA 23236**

**Registered agent for Ent Surgeons of Richmond:**
**Taylor Hazen and Kauffman**
**P.O. Box 2465**
**Richmond, VA 23218**

**Gastrointestinal Spec.**
**2369 Staples Mill Road; 2nd Fl**
**Richmond, VA 23230**

**Registered agent for Gastrointestinal Spec.**
**Gastrointestinal Spec.**
**2369 Staples Mill Road; 2nd Fl**
**Richmond, VA 23230**

**Greater Chesapeake Financial Group**
**35 Franklin Blvd.**
**Reisterstown, MD 21136**

**Registered agent for Greater Chesapeake Financial Group**
**Chesapeake Financial Group**
**John H Hunt II, Reg Ag**
**35 Sschool St, PO Box 1419**
**Kilmarnock, VA 22482**

**Midland Funding LLC**
**8875 Aero Dr Ste 200**
**San Diego, CA 92123**

**Registered Agent for Midland FundingLLC**
**Midland Funding LLC**
**Corp Service Company, Reg Ag**
**1111 East Main Street: 16th Fl**
**Richmond, VA 23219**

**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

**Registered Agent for Portfolio Recovery**
**Judith Sugg Scott, Reg Ag**
**120 Corporate Blvd # 100**
**Norfolk, VA 23502**

**Radiology Associates of Richmond Inc**
**P.O. Box 79923**
**Baltimore, MD 21279-9923**

**Registered Agent for Radiology Associates Inc.**
**Radiology Assocs of Richmond Inc**
**Ray Beauchamp, Reg Ag**
**2602 Buford Rd**
**Richmond, VA 23235**

**Stephen C. Brown DDS, PC**
**6901 Patterson Ave.**
**Richmond, VA 23226**

**Stephen C. Brown DDS, PC**
**Thomas F Eubank, Reg Ag**
**8550 Mayland Drive**
**Henrico, VA 23294**

**Tuckahoe Orthopaedic**
**Post Office Box 71690**
**Richmond, VA 23255**

**Registered Agent for Tuckahoe Orthopaedic**
**Tuckahoe Orthopaedic Assoc LTD**
**William R. Beach Reg Ag**
**8814 Fargo Rd, Ste 108**
**Henrico, VA 23229**

*Name of creditors*

**Location: 9022 Farmington Drive, Henrico VA 23229**
**Henrico County**
**Current Market Analysis - $165,000      May 9, 2014**
**Tax Assessment - $159,700**
**Zillow Range - $157,000 - $174,000**

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☐   To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☒   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | Not later than seven (7) days prior to the date set for the confirmation hearing. If no objections are timely filed, the confirmation hearing will NOT be held. |
| Date and time of confirmation hearing: | **September 3, 2014 @ 11:10 a.m.** |
| Place of confirmation hearing: | **701 E. Broad Street, Richmond VA 5th Floor Rm 5100** |

**Jeffrey L. Holliday**
**Sherry L. Holliday**
*Name(s) of debtor(s)*

By:  **/s/ Pia J. North**
**Pia J. North 29672**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Pia J. North 29672**
*Name of attorney for debtor(s)*
**5913 Harbour Park Drive**
**Midlothian, VA 23112**
*Address of attorney [or pro se debtor]*

Tel. #  **(804) 739-3700**
Fax #  **(804) 739-2550**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **June 26, 2014**   .

**/s/ Pia J. North**
**Pia J. North 29672**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jeffrey L. Holliday** |
| Debtor 2 (Spouse, if filing) | **Sherry L. Holliday** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **14-33243** |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                                                  12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Technician** | **Accounts Receivable** |
| Employer's name | **Orkin, LLC** | **Caliper** |
| Employer's address | **2170 Piedmont Road, NE**<br>**Atlanta, GA 30324** | |
| How long employed there? | **1985** | **August 2013** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   |   | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **3,991.44** | $ **1,721.03** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **3,991.44** | $ **1,721.03** |

Official Form B 6I                              **Schedule I: Your Income**                              page 1

Debtor 1  **Jeffrey L. Holliday**
Debtor 2  **Sherry L. Holliday**                                   Case number (*if known*) **14-33243**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **3,991.44** | $ **1,721.03** |

5. **List all payroll deductions:**

   | | | | | |
   |---|---|---|---|---|
   | 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | **801.50** | $ **353.17** |
   | 5b. | Mandatory contributions for retirement plans | 5b. $ | **0.00** | $ **0.00** |
   | 5c. | Voluntary contributions for retirement plans | 5c. $ | **0.00** | $ **0.00** |
   | 5d. | Required repayments of retirement fund loans | 5d. $ | **264.90** | $ **0.00** |
   | 5e. | Insurance | 5e. $ | **487.08** | $ **0.00** |
   | 5f. | Domestic support obligations | 5f. $ | **0.00** | $ **0.00** |
   | 5g. | Union dues | 5g. $ | **0.00** | $ **0.00** |
   | 5h. | Other deductions. Specify: **Long term disability** | 5h.+ $ | **15.62** + | $ **0.00** |
   | | **Life** | $ | **28.42** | $ **0.00** |
   | | **Spouse Life** | $ | **23.20** | $ **0.00** |
   | | **Child Life** | $ | **1.00** | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **1,621.72**   $ **353.17**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **2,369.72**   $ **1,367.86**

8. **List all other income regularly received:**
   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ **0.00**   $ **0.00**
   8b. **Interest and dividends**   8b. $ **0.00**   $ **0.00**
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ **0.00**   $ **0.00**
   8d. **Unemployment compensation**   8d. $ **0.00**   $ **0.00**
   8e. **Social Security**   8e. $ **0.00**   $ **0.00**
   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f. $ **0.00**   $ **0.00**
   8g. **Pension or retirement income**   8g. $ **0.00**   $ **289.00**
   8h. **Other monthly income.** Specify: **Amortized tax refund - Fed $4,941 State $869**   8h.+ $ **484.16** + $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **484.16**   $ **289.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **2,853.88** + $ **1,656.86** = $ **4,510.74**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ **4,510.74**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **Debtors do not anticipate any changes in income or expenses. Debtors have custody of their two grandchidlren. During the school year months, daycare is $50/week. During the summer months, daycare is $125/week. The amount listed in Schedule J is based on a 12 month average. Household size of four.**

Official Form B 6I       **Schedule I: Your Income**       page 2

Debtor 1  **Jeffrey L. Holliday**
Debtor 2  **Sherry L. Holliday**                                                              Case number (*if known*)  **14-33243**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jeffrey L. Holliday** |
| Debtor 2 (Spouse, if filing) | **Sherry L. Holliday** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **14-33243** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses            12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.

    ☒ Yes. **Does Debtor 2 live in a separate household?**

    ☒ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☒ Yes. Fill out this information for each dependent..........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Granddaughter** | **10/2005** | ☐ No  ☒ Yes |
| **Granddaughter** | **8/2002** | ☐ No  ☒ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $ **1,266.67**

    If not included in line 4:

    4a. Real estate taxes         4a. $ **0.00**
    4b. Property, homeowner's, or renter's insurance    4b. $ **66.66**
    4c. Home maintenance, repair, and upkeep expenses    4c. $ **80.00**
    4d. Homeowner's association or condominium dues    4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Official Form B 6J                        **Schedule J: Your Expenses**                        page 1

| Debtor 1 | **Jeffrey L. Holliday** | | |
|---|---|---|---|
| Debtor 2 | **Sherry L. Holliday** | Case number (if known) | **14-33243** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **275.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **120.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **130.00** |
| | 6d. Other. Specify: **Trash Pickup** | 6d. | $ | **16.66** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **599.50** |
| 8. | **Childcare and children's education costs** | 8. | $ | **297.68** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **243.33** |
| 10. | **Personal care products and services** | 10. | $ | **120.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **150.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **193.24** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **0.00** |
| | 15b. Health insurance | 15b. | $ | **0.00** |
| | 15c. Vehicle insurance | 15c. | $ | **47.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Tax - $60/year approx.** | 16. | $ | **5.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. Other. Specify: **Misc. expenses** | 17c. | $ | **100.00** |
| | 17d. Other. Specify: **Vehicle upkeep 1999** | 17d. | $ | **100.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income*. | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | 21. | +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ | **3,910.74** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **4,510.74** |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | -$ | **3,910.74** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | **600.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112

Dominion Law Associates
Post Office Box 62717
Virginia Beach, VA 23466-2717

Firstpoint Coll Reso
Consumer Contact Center
Roanoke, VA 24018

B.J.T & Son, LLC
10985 Richardson Rd
Ashland, VA 23005

Dr. Overton Wiley Kirchimier
10410 Ridgefield Pkwy
Henrico, VA 23233

Focused Recovery Solut
9701 Metropolitan Ct Ste B
North Chesterfield, VA 23236

Capital One
P.O. Box 70884
Charlotte, NC 28272-0884

Ea
3840 E. Robinson Road
Amherst, NY 14228

Focused Recovery Solutions
9701 Metropolitan Ct Ste B
North Chesterfield, VA 23236

Cash Flow Management
P.O. Box 740776
Cincinnati, OH 45274

Jackie Ellett
9611 Winterpock Road
Chesterfield, VA 23832

Focused Recovery Solutions
9701 Metropolitan Ct Ste
North Chesterfield, VA 23236

Caudle & Ballato
3123 West Broad Street
Richmond, VA 23230

Ent Surgeons of Richmond
720 Moorefield Park Dr; #101
Richmond, VA 23236

Gastrointestinal Spec.
2369 Staples Mill Road; 2nd Fl
Richmond, VA 23230

Chesapeake Financial Group Inc
John H Hunt II, Reg Ag
35 Sschool St, PO Box 1419
Kilmarnock, VA 22482

ENT Surgeons of Richmond, LTD
M. Bruce Stokes, Reg Ag
11 Sourth 12th St
Richmond, VA 23219

Gastrointestinal Spec. Inc
W. Scott Johnson, Reg Ag
4701 COX RD STE 400
Glen Allen, VA 23060

Commonwealth Eye Care Associat
10431 Patterson Ave.
Henrico, VA 23238

Family Health Clinic
3 Maryland Farms Ste 250
Brentwood, TN 37027

GMAC
P.O. Box 30788
Charlotte, NC 28230

Commonwealth of VA-Tax
P.O. Box 2156
Richmond, VA 23218-2156

Fast Auto Loans
5218 West Broad
Richmond, VA 23230

Greater Chesapeake Finc'l Grp
35 Franklin Blvd.
Reisterstown, MD 21136

Commonwealth Radiology
1508 William Lawn Drive
Suite 117
Richmond, VA 23230

First Bank of Delaware
P. O. Box 37727
Philadelphia, PA 19101

Henrico County Circuit Court
Post Office Box 27032
Richmond, VA 23273

D. Kent Gilliam
7821 Ironbridge Road
Richmond, VA 23237

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Henrico County Treasurer RE
PO Box 90775
Henrico, VA 23273

Henrico Doctors Hospital
P. O. Box 740760
Cincinnati, OH 45274

Midland Funding LLC
Corp Service Company, Reg Ag
1111 East Main Street: 16th Fl
Richmond, VA 23219

Radiology Assos Richmond Inc
Ray Beauchamp, Reg Ag
2602 Buford Rd
Richmond, VA 23235

Henrico Doctors Hospital
PO Box 13620
Richmond, VA 23225

Miramedrg
991 Oak Creek Dr
Lombard, IL 60148

Radiology Assocs of Richmd Inc
P.O. Box 79923
Baltimore, MD 21279-9923

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Nancy Ann Rogers, PC
PO Box 167
Manakin Sabot, VA 23103

Rec Mgm Sys
Pob 17305
Richmond, VA 23226

Impatient Medical Services
4299 San Felipe
Ste 300
Houston, TX 77027

NCC
PO Box 9156
Alexandria, VA 22304

Resource Guidance Services
Post Office Box 35395
Richmond, VA 23235

Internal Revenue Service
Centralized Insolvency Unit
P O Box 7346
Philadelphia, PA 19101-7346

Nco Fin/38
2360 Campbell Crk Ste 50
Richardson, TX 75082

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791

Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303

NCO Financial Systems
2360 Campbell Creek
Ste 500
Richardson, TX 75082

Scholastic
2931 East McCarty Street
Jefferson City, MO 65101

Mabt/Contf
960 S Bishop Ave
Rolla, MO 65401

Neurological Associates, Inc.
7301 Forest Ave.
Suite 302
Richmond, VA 23226

Skipwith Road Emergency Phys
PO Box 37935
Philadelphia, PA 19101

Mariner Financial
13102 Midlothian Turnpike
Midlothian, VA 23113

Portfolio Recovery Assoc. Inc.
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Southern States Employ
5516 Falmouth St Ste 103
Richmond, VA 23230

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Portfolio Recovery Assoc. Inc.
Judith Sugg Scott, Reg Ag
120 Corporate Blvd # 100
Norfolk, VA 23502

St. Mary's Hopsital
P.O. Box 590067
Fort Lauderdale, FL 33359

Midland Funding LLC
8875 Aero Dr Ste 200
San Diego, CA 92123

Radiology Assoc of Richmond
2602 Buford Road
Richmond, VA 23235

Stephen C. Brown DDS, PC
6901 Patterson Ave.
Richmond, VA 23226

Stephen C. Brown DDS, PC
Thomas F Eubank, Reg Ag
8550 Mayland Drive
Henrico, VA 23294


Stony Point Surgery Center
8700 Stony Point Pkwy
Suite 100
Richmond, VA 23235


Taylor Hazen and Kauffman
P.O. Box 2465
Richmond, VA 23218


Tuckahoe Orthopaedic Assoc LTD
Post Office Box 71690
Richmond, VA 23255


Tuckahoe Orthopaedic Assoc LTD
William R. Beach, Reg Ag
8814 Fargo Rd, Ste 108
Henrico, VA 23229


U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244


Virginia Emer Phys LLP
75 Remittance Drive
Suite 1151
Chicago, IL 60675


Virginia Surgical Assoc.
417 Libbie Ave
Richmond, VA 23226


Virginia Urology
PO Box 79437
Baltimore, MD 21279


West End Anesthesia Group
5855 Bremo Rd
Ste 100
Richmond, VA 23226